**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**



FILED

APR 2 8 2008

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

BARRY C. BRIGHT, #340374,

          Petitioner,

v.                                                                                    ACTION NO.  2:07cv506

GENE M. JOHNSON, Director of the
Virginia Department of Corrections,

          Respondent.

## FINAL ORDER

This matter was initiated by petition for a writ of habeas corpus under 28 U.S.C. § 2254.  The

petition alleges violation of federal rights pertaining to petitioner's convictions on October 27, 2004,

in the Circuit Court for the City of Portsmouth for possession of a firearm after a felony conviction,

distribution of controlled substance on or near school property, possession of a firearm while in

possession with intent to distribute a controlled substance, and possession with intent to distribute

cocaine.  As a result of the convictions, petitioner was sentenced to twenty-five years imprisonment

with eighteen years suspended.

The petition was referred to a United States Magistrate Judge pursuant to the provisions of

28 U.S.C. § 636(b)(1)(B) and (C) and Local Civil Rule 72 of the Rules of the United States District

Court for the Eastern District of Virginia for report and recommendation.  Report of the Magistrate

Judge was filed on April 4, 2008, recommending dismissal of the petition.  By copy of the report,

each party was advised of his right to file written objections to the findings and recommendations

made by the Magistrate Judge.  The Court has received no objections to the United States Magistrate

Judge's Report and Recommendation and the time for filing same has expired.

The Court does hereby accept the findings and recommendations set forth in the report of the

United States Magistrate Judge filed April 4, 2008, and it is therefore ORDERED that the petition

be DENIED and DISMISSED as barred by the statute of limitations and that judgment be entered

in favor of the respondent.

Petitioner may appeal from the judgment entered pursuant to this Final Order by filing a

written notice of appeal with the Clerk of this court, United States Courthouse, 600 Granby Street,

Norfolk, Virginia 23510, within thirty days from the date of entry of such judgment.

Petitioner has failed to demonstrate "a substantial showing of the denial of a constitutional

right," therefore, the Court declines to issue any certificate of appealability pursuant to Rule 22(b)

of the Federal Rules of Appellate Procedure.  See Miller-El v. Cockrell, 123 S.Ct. 1029, 1039 (2003).

The Clerk shall mail a copy of this Final Order to the petitioner and to counsel of record for

the respondent.

/s/

Jerome B. Friedman
UNITED STATES DISTRICT JUDGE
United States District Judge

Norfolk, Virginia

April 28 , 2008

2